ROB HENNIG (STATE BAR NO. 174646)
LAW OFFICES OF ROB HENNIG
1875 CENTURY PARK EAST, SUITE 1770
LOS ANGELES, CA 90067
PHONE: (310) 843-0020
FAX: (310) 843-9150
ROB@ROBHENNIG.COM

Attorneys for Plaintiff DAVID MOORE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DAVID MOORE, and STATE OF CALIFORNIA, ex rel. DAVID MOORE, and STATE OF DELAWARE, ex rel. DAVID MOORE, and DISTRICT OF COLUMBIA, ex rel. DAVID MOORE, and STATE OF FLORIDA, ex rel. DAVID MOORE, and STATE OF ILLINOIS, ex rel. DAVID MOORE, and STATE OF INDIANA, ex rel. DAVID MOORE, and STATE OF MICHIGAN, STATE OF NEVADA, ex rel. DAVID MOORE, and STATE OF NEW MEXICO, ex rel. DAVID MOORE, and STATE OF NEW YORK, ex rel. DAVID MOORE, and STATE OF TENNESSEE, ex rel. DAVID MOORE, and STATE OF TEXAS, ex rel. DAVID MOORE, <br><br>Plaintiffs, <br><br>v. <br><br>AGOURON PHARMACEUTICALS, INC., and PFIZER, INC. <br><br>Defendants, | CASE NO. 07-3850 SI <br><br>**REQUEST FOR SUBSTITUTION OF COUNSEL** |

-1-

REQUEST FOR SUBSTITUTION OF COUNSEL

|   |   |
|---|---|
| and | ) |
| DAVID MOORE, | ) |
| Plaintiff | ) |
| v. | ) |
| GILEAD SCIENCES, INC. | ) |
| Defendant | ) |

**TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD AND TO THIS HONORABLE COURT:**

PLEASE TAKE NOTICE that PLAINTIFF DAVID MOORE hereby requests that Rob Hennig and the Law Offices of Rob Hennig, whose business and telephone address are indicated above, be substituted as counsel in his case, replacing Vogel, Slade & Goldstein, LLP and Shelley R. Slade, Esq. and The Rosen Law Firm, P.A. and Laurence Rosen, Esq. hereinafter for all purposes.

PLAINTIFF DAVID MOORE makes this substitution based upon the non-intervention of the United States of America in his case and his desire to have counsel located in California for purposes of law and motion and trial.

Please send all notices, documents, letters or pleadings hereafter regarding PLAINTIFF DAVID MOORE to his new counsel, Rob Hennig, Esq. and the Law Offices of Rob Hennig.

In accordance with Northern District of California Local Rule 11-5(a), PLAINTIFF DAVID MOORE and his new and former attorneys seek approval for

PRINTED ON RECYCLED PAPER

the withdrawal of Mr. Moore and Mr. Rosen as counsel and the acceptance of Mr. Hennig as new counsel for PLAINTIFF.

I consent to this substitution:

Dated: September 23, 2010          LAW OFFICES OF ROB HENNIG

_____
Rob Hennig
Attorney for Plaintiff DAVID MOORE


Dated: September 23, 2010          VOGEL, SLADE & GOLDSTEIN, LLP

_____
Shelley R. Slade, Esq.
Attorney for Plaintiff DAVID MOORE


Dated: September 23, 2010          THE ROSEN LAW FIRM, P.A.

_____
Laurence Rosen, Esq.
Attorney for Plaintiff DAVID MOORE


I consent to this substitution:

Dated: September 23, 2010

_____
Plaintiff DAVID MOORE

-3-

REQUEST FOR SUBSTITUTION OF COUNSEL

1
2

# [PROPOSED] ORDER

3        In light of the acceptance and notice of PLAINTIFF DAVID MOORE of
4  the substitution of counsel and for good cause shown, PLAINTIFF's request for the
5  substitution of counsel of Vogel, Slade & Goldstein, LLP and Shelley R. Slade,
6  Esq. and The Rosen Law Firm, P.A. and Laurence Rosen, Esq. with the Law
7  Offices of Rob Hennig and Rob Hennig is hereby GRANTED.

*/s/ Susan Illston*
Hon. Susan Y. Illston
JUDGE OF THE UNITED STATES
DISTRICT COURT