IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MOORE, <br><br> Plaintiff, <br><br> v. <br><br> GILEAD SCIENCES, INC., <br><br> Defendant. | No. C 07-03850 SI <br><br> **PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 4, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 1, 2011.

DESIGNATION OF EXPERTS: 6/17/11; REBUTTAL: 6/30/11.
 Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 22, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by August 19, 2011;

 Opp. Due September 2, 2011; Reply Due September 9, 2011;

 and set for hearing no later than September 23, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 25, 2011 at 3:30 PM.

JURY TRIAL DATE: November 7, 2011 at 8:30 AM.,
 Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff's Motion to Dismiss is withdrawn (previously set for 12/3/10).
Counsel shall submit a stipulation re: amending the complaint and the response deadline by October 29, 2010.
This case shall be referred to a magistrate-Judge for settlement. The settlement conference shall occur during the first ½ of June 2010.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California