1  ROB HENNIG (STATE BAR NO. 174646)
   LAW OFFICES OF ROB HENNIG
2  1875 CENTURY PARK EAST, SUITE 1770
   LOS ANGELES, CA  90067
3  PHONE: (310) 843-0020
   FAX: (310) 843-9150
4  ROB@ROBHENNIG.COM

5  Attorneys for Plaintiff DAVID MOORE

6  RICHARD A. JONES (Bar No. 135248)
   Email: rjones@cov.com
7  COVINGTON & BURLING LLP
   1 Front Street
8  San Francisco, CA  94111
   Telephone:  (415) 591-6000
9  Facsimile:    (415) 591-6091

10 THOMAS S. WILLIAMSON, JR. (*Pro hac vice*)
   Email: twilliamson@cov.com
11 SHIMICA D. GASKINS (*Pro hac vice*)
   Email:  sgaskins@cov.com
12 COVINGTON & BURLING LLP
   1201 Pennsylvania Ave., N.W.
13 Washington, DC 20004
   Telephone:  (202) 662-6000
14 Facsimile:    (202) 662-6291

15 Attorneys for Defendant
   GILEAD SCIENCES, INC.
16

17                **IN THE UNITED STATES DISTRICT COURT**

18              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

19

20                                              ) CASE NO. 07-3850 SI
    DAVID MOORE,                                )
21                                              ) **STIPULATION AND [PROPOSED]**
                     Plaintiff                  ) **ORDER FOR LEAVE TO FILE**
22                                              ) **PLAINTIFF DAVID MOORE'S THIRD**
          v.                                    ) **AMENDED COMPLAINT FOR**
23                                              ) **DAMAGES AND DEMAND FOR A JURY**
    GILEAD SCIENCES, INC.                       ) **TRIAL**
24                                              )
                     Defendant                  ) JUDGE:          Hon. Susan Y. Illston
25                                              ) COURTROOM:      10
                                                ) TRIAL:          November 7, 2011
26

27  ///

28  ///

PRINTED ON RECYCLED PAPER

-1-

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE PLAINTIFF DAVID MOORE'S THIRD
AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR A JURY TRIAL

**TO THIS HONORABLE COURT:**

WHEREAS in the Case Management Conference in this case, the parties agreed to stipulate to the filing of Plaintiff's amended complaint;

WHEREAS the Case Management Order provides for the filing of Plaintiff's amended complaint at or before October 29, 2010;

WHEREAS Plaintiff submitted his proposed Third Amended Complaint to Defendant for its review on October 27, 2010;

WHEREAS the parties have agreed that Defendant will have up to and including November 29, 2010 to file an Answer to Plaintiff's Third Amended Complaint filed herein;

NOW BE IT, THEREFORE, STIPULATED AND AGREED TO BY THE PARTIES, that Plaintiff David Moore's Third Amended Complaint for Damages and Demand for a Jury Trial be accepted for filing by this Court and that Defendant Gilead Sciences may have until November 29, 2010 to file an Answer to this pleading.

IT IS SO STIPULATED.

Dated: October 29, 2010          LAW OFFICES OF ROB HENNIG

/s/
_____
Rob Hennig
Attorneys for DAVID MOORE

Dated: October 29, 2010          COVINGTON & BURLING, LLP

/s/
_____
Thomas S. Williamson, Jr., Esq.
Attorneys for GILEAD SCIENCES, INC.

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE PLAINTIFF DAVID MOORE'S THIRD AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR A JURY TRIAL

PRINTED ON RECYCLED PAPER

## [PROPOSED] ORDER

In light of the parties' stipulation and for good cause shown, Plaintiff David Moore's Third Amended Complaint for Damages and Demand for a Jury Trial be accepted for filing by this Court and that Defendant Gilead Sciences may have until November 29, 2010 to file an Answer to this pleading.

IT IS SO ORDERED.

_____
Hon. Susan Y. Illston
JUDGE OF THE UNITED STATES
DISTRICT COURT

PRINTED ON
RECYCLED PAPER

-3-

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE PLAINTIFF DAVID MOORE'S THIRD
AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR A JURY TRIAL