IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

1

2   DAVID MOORE                                          No. C 07-03850 SI

3              Plaintiff,                                **SECOND**
                                                         **PRETRIAL PREPARATION ORDER**
4       v.

5   GILEAD SCIENCES, INC.,

6              Defendant.
    _____/

7

8          It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

9   FURTHER CASE MANAGEMENT: August 26, 2011 at  3:00 p.m.
    Counsel *must* file a joint case management statement seven days in advance of the conference.

10  DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

11  NON-EXPERT DISCOVERY CUTOFF is August 8, 2011.

12  DESIGNATION OF EXPERTS: 8/12/11; REBUTTAL: 8/23/11.
           Parties **SHALL** conform to Rule 26(a)(2).
13
    EXPERT DISCOVERY CUTOFF is September 23, 2011.
14
    DISPOSITIVE MOTIONS **SHALL** be filed by October 14, 2011;
15
          Opp. Due October 28, 2011;  Reply Due November 4, 2011;
16
           and set for hearing no later than November 18, 2011 at 9:00 AM.
17
    PRETRIAL CONFERENCE DATE: December 3, 2011 at 3:30 PM.
18
    JURY TRIAL DATE: January 9, 2011  at 8:30 AM.,
19         Courtroom 10, 19th floor.

20  TRIAL LENGTH is estimated to be _ days.

21  SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
    The Court extended the deadline to participate in a settlement conference to 6/5/11.
22
    The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case,
23  including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to
    serve a copy of this order on any party subsequently joined in this action.
24

25  Dated: 5/16/11                              _____
                                                SUSAN ILLSTON
26                                              United States District Judge

27

28

**United States District Court**
For the Northern District of California