IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID MOORE                        No. C 07-03850 SI

        Plaintiff,

  v.                                 **AMENDED SECOND PRETRIAL PREPARATION ORDER**

GILEAD SCIENCES, INC.,

        Defendant.
                                   /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 26, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 8, 2011.

DESIGNATION OF EXPERTS: 8/12/11; REBUTTAL: 8/23/11.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 23, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by October 14, 2011;

    Opp. Due October 28, 2011; Reply Due November 4, 2011;

    and set for hearing no later than November 18, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: December 3, 2011 at 3:30 PM.

JURY TRIAL DATE: January 9, 2012 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court extended the deadline to participate in a settlement conference to 6/5/11.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/18/11

SUSAN ILLSTON
United States District Judge