IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MOORE, | Case No. C 07-3850-SI |
| Plaintiff, | **ORDER AMENDING SECOND PRETRIAL PREPARATION ORDER** |
| v. | |
| GILEAD SCIENCES, INC., | |
| Defendant. | |

The deadline for participation in a settlement conference is extended to August 8, 2011.

Dated: June 1, 2011

_____
SUSAN ILLSTON
United States District Judge