UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MOORE,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>GILEAD SCIENCES, INC.<br><br>　　　　　　Defendant. | CASE NO. 07-3850 SI<br>[Assigned to Hon. Susan Y. Illston, Courtroom 10]<br><br>[~~PROPOSED~~] ORDER RE JOINT STIPULATION TAKING HEARING DATES OFF-CALENDAR<br><br>Trial Date:　January 9, 2012 |

Based upon the stipulation of the parties and for good cause,

　　1.　The hearing for Defendant Gilead Sciences, Inc.'s Motion for Judgment on the Pleadings is continued until __9/23/11__ at __9 a.m.__;

　　2.　The hearing for Defendant Gilead Sciences, Inc.'s Motion for Terminating Sanctions is taken off-calendar pending possible further stipulation by the parties and a further Order by this Court.

　　IT IS SO ORDERED.

Dated: __8/19/11__　　　　　　　　　　__/s/ Susan Illston__

　　　　　　　　　　　　　　　　　　The Honorable Susan Y. Illston
　　　　　　　　　　　　　　　　　　United States District Court Judge