IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MOORE | No. C 07-03850 SI |
| Plaintiff, | **THIRD** |
| v. | **PRETRIAL PREPARATION ORDER** |
| GILEAD SCIENCES, INC., | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 22, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 18, 2011.

DESIGNATION OF EXPERTS: 11/23/11; REBUTTAL: 12/2/11.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 19, 2011

DISPOSITIVE MOTIONS **SHALL** be filed by January 11, 2012;

    Opp. Due January 31, 2012; Reply Due February 7, 2012;

    and set for hearing no later than February 17, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 6, 2012 at 3:30 PM.

JURY TRIAL DATE: March 19, 2012  at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/30/11

SUSAN ILLSTON
United States District Judge