IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MOORE,<br><br>  Plaintiff,<br><br>  v.<br><br>GILEAD SCIENCES, INC.,<br><br>  Defendant.<br>_____/ | No. C 07-03850 SI<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE A MOTION FOR PROTECTIVE ORDER** |

Defendant's motion for administrative relief for leave to file a motion for a protective order is GRANTED. Any such motion shall not exceed ten pages.

**IT IS SO ORDERED.**

Dated: September 20, 2011

SUSAN ILLSTON
United States District Judge