Victor L. George, State Bar No. 110504
Wayne C. Smith, State Bar No. 122535
LAW OFFICES OF VICTOR L. GEORGE
20355 Hawthorne Blvd., First Floor
Torrance, CA 90503
Telephone: (310) 698-0990
Facsimile: (310) 698-0995
E-mail: vgeorge@vgeorgelaw.com

Rob Hennig, State Bar No. 174646
LAW OFFICES OF ROB HENNIG
1875 Century Park East, Suite 1770
Los Angeles, CA 90067
Telephone: (310) 843-0020
Facsimile: (310) 843-9150
E-mail: rob@robhennig.com

Attorneys for Plaintiff DAVID MOORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MOORE,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>GILEAD SCIENCES, INC.<br><br>　　　　Defendant. | CASE NO. 07-3850 SI<br>[Assigned to Hon. Susan Y. Illston, Courtroom 10]<br><br>(~~PROPOSED~~) ORDER RE SUBSTITUTION OF COUNSEL<br><br>Trial Date: March 19, 2012 |

In light of the acceptance and notice of Plaintiff DAVID MOORE of the substitution of counsel and for good cause shown, Plaintiff's request for the substitution of counsel of Barbara DuVan, Esq., formerly of the Law Offices of Victor L. George, with Victor L. George, Esq., and Wayne C. Smith, Esq., of the Law Offices of Victor L. George is hereby GRANTED.

///

1  Rob Hennig, Esq., of the Law Offices of Rob Hennig remains counsel of
2  record in association with Victor L. George, Esq., and Wayne C. Smith, Esq., of the
3  Law Offices of Victor L. George.
4  IT IS SO ORDERED.

6  Date: _____10/18/11_____   _____/s/ Susan Illston_____
7  Hon. Susan Y. Illston
   Judge of the United States District Court