1 | Victor L. George, State Bar No. 110504
2 | Wayne C. Smith, State Bar No. 122535
  | LAW OFFICES OF VICTOR L. GEORGE
  | 20355 Hawthorne Blvd., First Floor
3 | Torrance, CA 90503
  | Telephone: (310) 698-0990
4 | Facsimile: (310) 698-0995
  | E-mail: vgeorge@vgeorgelaw.com
5

6 | Rob Hennig, State Bar No. 174646
  | LAW OFFICES OF ROB HENNIG
7 | 1875 Century Park East, Suite 1770
  | Los Angeles, CA 90067
8 | Telephone: (310) 843-0020
  | Facsimile: (310) 843-9150
9 | E-mail: rob@robhennig.com

10 | Attorneys for Plaintiff DAVID MOORE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DAVID MOORE,

    Plaintiff

    v.

GILEAD SCIENCES, INC.

    Defendant.

CASE NO. 07-3850 SI
[Assigned to Hon. Susan Y. Illston, Courtroom 10]

**(~~PROPOSED~~) ORDER RE SUBSTITUTION OF COUNSEL**

Trial Date: March 19, 2012

    In light of the acceptance and notice of Plaintiff DAVID MOORE of the substitution of counsel and for good cause shown, Plaintiff's request for the substitution of counsel of Barbara DuVan, Esq., formerly of the Law Offices of Victor L. George, with Victor L. George, Esq., and Wayne C. Smith, Esq., of the Law Offices of Victor L. George is hereby GRANTED.

///

1 | Rob Hennig, Esq., of the Law Offices of Rob Hennig remains counsel of record in association with Victor L. George, Esq., and Wayne C. Smith, Esq., of the Law Offices of Victor L. George.

IT IS SO ORDERED.

Date: _____10/24/11_____      _____
Hon. Susan Y. Illston
Judge of the United States District Court