Benjamin J. Razi
Covington & Burling LLP
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 662-5463

**FILED**
NOV 1 4 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

DAVID MOORE

Plaintiff(s),

v.

GILEAD SCIENCES, INC.

Defendant(s).

CASE NO. CV 07-3850 SI

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Benjamin J. Razi, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Gilead Sciences, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Richard A. Jones, Covington & Burling LLP, One Front Street
San Francisco, CA 94111, Telephone: (415) 591-7065

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 1, 2011

Benjamin J. Razi

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611066947
Cashier ID: bucklem
Transaction Date: 11/15/2011
Payer Name: covington and burling llp
------------------------------------
PRO HAC VICE
 For: benjamin j razi
 Case/Party: D-CAN-3-11-AT-PROHAC-001
 Amount:        $305.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 436678
 Amt Tendered:  $305.00
------------------------------------
Total Due:      $305.00
Total Tendered: $305.00
Change Amt:     $0.00

c07-3850si


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

RECEIVED
NOV 1 4 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID MOORE,

    Plaintiff,

v.

GILEAD SCIENCES, INC.

    Defendant.

CASE NO. CV 07-3850 SI

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Benjamin J. Razi, whose business address and telephone number is 1201 Pennsylvania Ave., N.W., Washington, D.C. 20004; telephone: (202) 662-5463

and who is an active member in good standing of the bar of the District of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Gilead Sciences, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11/15, 2011

Susan Illston
United States District Judge