RICHARD A. JONES (Bar No. 135248)
Email: rjones@cov.com
COVINGTON & BURLING LLP
1 Front Street
San Francisco, CA  94111
Telephone:  (415) 591-6000
Facsimile:    (415) 591-6091

THOMAS S. WILLIAMSON, JR. (*Pro hac vice*)
Email: twilliamson@cov.com
BENJAMIN J. RAZI (*Pro hac vice*)
Email:  brazi@cov.com
SHIMICA D. GASKINS (*Pro hac vice*)
Email:  sgaskins@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone:  (202) 662-6000
Facsimile:    (202) 662-6291

Attorneys for Defendant
GILEAD SCIENCES, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>GILEAD SCIENCES, INC.,<br><br>    Defendant. | **Case No. CV 07-3850 SI**<br><br>**JOINT STIPULATION ON PROPOSED PRETRIAL DISCOVERY DATES**<br><br>Judge: Honorable Susan Y. Illston |

TO THE HONORABLE COURT:

Plaintiff David Moore (hereinafter, "Moore" or "Plaintiff") and Defendant Gilead Sciences, Inc. (hereinafter, "Gilead" or "Defendant") by and through their respective counsel of record, hereby stipulate and agrees as follows:

WHEREAS, the Court on December 9, 2011 ordered the parties to meet and confer regarding proposed pretrial dates;

WHEREAS, the parties have met, conferred, and agreed to the following pretrial discovery dates:

**Non-Expert Discovery Cutoff**:  January 27, 2012;

**Expert Reports Due**: January 13, 2012;

**Designation of Rebuttal Experts**: January 24, 2012;

**Expert Discovery Cutoff**: February 8, 2012;

**Dispositive Motions**: February 13, 2012;

**Oppositions Due**: March 7, 2012;

**Reply Due**: March 14, 2012;

**Hearing**: March 30, 2012

**Trial Documents Due**: April 3, 2012;

**Pretrial Conference**: April 17, 2012;

**Trial**: April 30, 2012;

WHEREAS, the Court set the Motion for Sanction dates to be:

**Opposition Due**:  February 3, 2012;

**Reply Due**:  February 10, 2012;

WHEREAS, the parties have agreed to set the hearing date for the Motion for Sanctions as:

**Hearing**: March 2, 2012.

NOW, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, and their undersigned counsel; and the parties, therefore, respectfully request that the Court enter the proposed pretrial schedule.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:   December 22, 2011 | By:   /s/ Shimica D. Gaskins |

SHIMICA D. GASKINS (PRO HAC VICE)
THOMAS S. WILLIAMSON, JR. (PRO HAC VICE)
BENJAMIN J. RAZI (PRO HAC VICE)
Email:  brazi@cov.com
COVINGTON & BURLING LLP
1201 PENNSYLVANIA AVE., N.W.
WASHINGTON, DC 20004
(202) 662-6000
TWILLIAMSON@COV.COM
SGASKINS@COV.COM

Attorneys for Defendant Gilead Sciences, Inc.

By:   /s/ Rob Hennig

ROB HENNIG (STATE BAR NO. 174646)
LAW OFFICES OF ROB HENNIG
1875 CENTURY PARK EAST, SUITE 1770.
LOS ANGELES, CA 90067
(310) 843-0020
FAX: (310) 843-9150
ROB@ROBHENNIG.COM

WAYNE SMITH
LAW OFFICES OF VICTOR L. GEORGE
20355 Hawthorne Blvd., 1st Floor
Torrance, CA 90503
(310) 698-0990
Fax: (310) 698-0995
wsmith@vgeorgelaw.com

Attorneys for Plaintiff David Moore



Joint Stipulation on Proposed Pretrial Discovery Dates
Case No. CV 07-3850 SI

3

**GENERAL ORDER 45, SECTION X.B. ATTESTATION**

I hereby attest that we have obtained concurrence in this filing for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By:   /s/ Shimica D. Gaskins
       **SHIMICA D. GASKINS (*PRO HAC VICE*)**
       **COVINGTON & BURLING LLP**
       **1201 PENNSYLVANIA AVE., N.W.**
       **WASHINGTON, DC 20004**
       **(202) 662-6000**
       **SGASKINS@COV.COM**

Attorney for Defendant Gilead Sciences, Inc.