1  RICHARD A. JONES (Bar No. 135248)
   Email: rjones@cov.com
2  COVINGTON & BURLING LLP
   1 Front Street
3  San Francisco, CA 94111
   Telephone: (415) 591-6000
4  Facsimile:  (415) 591-6091

5  THOMAS S. WILLIAMSON, JR. (*Pro hac vice*)
   Email: twilliamson@cov.com
6  BENJAMIN J. RAZI (*Pro hac vice*)
   Email: brazi@cov.com
7  SHIMICA D. GASKINS (*Pro hac vice*)
   Email: sgaskins@cov.com
8  COVINGTON & BURLING LLP
   1201 Pennsylvania Ave., N.W.
9  Washington, DC 20004
   Telephone: (202) 662-6000
10 Facsimile:  (202) 662-6291

11 Attorneys for Defendant GILEAD SCIENCES, INC.

12 ROB HENNIG (STATE BAR NO. 174646)
   LAW OFFICES OF ROB HENNIG
13 1875 CENTURY PARK EAST, SUITE 1770
   LOS ANGELES, CA 90067
14 (310) 843-0020
15 FAX: (310) 843-9150
   ROB@ROBHENNIG.COM
16
   WAYNE SMITH (STATE BAR NO. 122535)
17 LAW OFFICES OF VICTOR L. GEORGE
   20355 Hawthorne Blvd., 1st Floor
18 Torrance, CA 90503
   (310) 698-0990
19 Fax: (310) 698-0995
   wsmith@vgeorgelaw.com
20
   Attorneys for Plaintiff DAVID MOORE

21

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MOORE,<br><br>              Plaintiff,<br><br>       v.<br><br>GILEAD SCIENCES, INC., | **Case No. CV 07-3850 SI**<br><br>**JOINT STIPULATION TO VACATE SETTLEMENT CONFERENCE; [P~~R~~OPOSED] ORDER THEREON**<br><br>Judge: Honorable Susan Y. Illston |

Defendant.

TO THE HONORABLE COURT:

Plaintiff David Moore (hereinafter "Moore" or "Plaintiff") and Defendant Gilead Sciences, Inc. (hereinafter "Gilead" or "Defendant"), by and through their respective counsel of record, hereby stipulate and agrees as follows:

WHEREAS, on March 2, 2012, the parties agreed that the use of a private mediator would be preferable for furthering settlement discussions;

WHEREAS, the parties hereby respectfully request this Court vacate the current Mandatory Settlement Conference date of March 12, 2012;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, and their undersigned counsel, that the Mandatory Settlement Conference date of March 12, 2012, be vacated.

Dated: March 2, 2012

By: /s/ Shimica D. Gaskins
SHIMICA D. GASKINS (PRO HAC VICE)
THOMAS S. WILLIAMSON, JR. (PRO HAC VICE)
BENJAMIN J. RAZI (PRO HAC VICE)
Email: brazi@cov.com
COVINGTON & BURLING LLP
1201 PENNSYLVANIA AVE., N.W.
WASHINGTON, DC 20004
(202) 662-6000
TWILLIAMSON@COV.COM
SGASKINS@COV.COM

Attorneys for Defendant Gilead Sciences, Inc.

By: /s/ Rob Hennig
ROB HENNIG (STATE BAR NO. 174646)
LAW OFFICES OF ROB HENNIG
1875 CENTURY PARK EAST, SUITE 1770.
LOS ANGELES, CA 90067
(310) 843-0020
FAX: (310) 843-9150
ROB@ROBHENNIG.COM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WAYNE SMITH (STATE BAR NO. 122535)
LAW OFFICES OF VICTOR L. GEORGE
20355 Hawthorne Blvd., 1st Floor
Torrance, CA 90503
(310) 698-0990
Fax: (310) 698-0995
wsmith@vgeorgelaw.com

Attorneys for Plaintiff David Moore

**GENERAL ORDER 45, SECTION X.B. ATTESTATION**

I hereby attest that we have obtained concurrence in this filing for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

> By:   /s/ Shimica D. Gaskins
> SHIMICA D. GASKINS (*PRO HAC VICE*)
> COVINGTON & BURLING LLP
> 1201 PENNSYLVANIA AVE., N.W.
> WASHINGTON, DC 20004
> (202) 662-6000
> SGASKINS@COV.COM
>
> Attorney for Defendant Gilead Sciences, Inc.

1

## [PROPOSED] ORDER

    Having reviewed the Stipulation between Plaintiff and Defendant for an Order vacating the Mandatory Settlement Conference date;

    IT APPEARING TO THE SATISFACTION OF THE COURT that the parties agree to the Stipulation, and good cause being shown;

    NOW, THEREFORE, IT IS ORDERED that the Mandatory Settlement Conference date be vacated.

    IT IS SO ORDERED.

Dated: 3/8/12

_____
The Honorable Susan Y. Illston
District Court Judge for the
Northern District of California