IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID MOORE,                                              No. C 07-03850 SI

        Plaintiff,                                        **ORDER SUSPENDING PRETRIAL AND TRIAL DATES**

   v.

GILEAD SCIENCES, INC.,

        Defendant.
                                           /

On April 3, 2012, the parties filed a joint stipulation to continue the date for filing the joint pretrial conference statement and motions in limine. Currently, that date is set for April 3, 2012; the pretrial conference is set for April 17, 2012; and trial is set for April 30, 2012.

The parties have filed cross motions for partial summary judgment. A hearing is scheduled for the motions on April 13, 2012. Because the disposition of those motions may affect the scope and content of the trial, the court hereby SUSPENDS the current dates as set. The Court will confer with the parties and reset the pretrial and trial dates following the disposition of the motions for summary judgment.

**IT IS SO ORDERED.**

Dated: April 3, 2012

                                                    SUSAN ILLSTON
                                                    United States District Judge