IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID MOORE,

    Plaintiff,

v.

GILEAD SCIENCES, INC.,

    Defendant.

No. C 07-03850 SI

**ORDER EXTENDING BRIEFING SCHEDULE**

On September 18, 2012 the Court issued an order granting defendant leave to file a summary judgment motion on punitive damages and disability discrimination and scheduling briefing. On September 19, 2012, defendant filed an ex parte application to continue for one business day the deadline for filing its summary judgment motion. Additionally, defendant seeks to move the date of the settlement conference currently set for October 12, 2012.

For good cause shown, the Court hereby GRANTS both parties additional briefing time as follows: defendant's motion is due by **September 24, 2012**, any opposition from plaintiff by **October 8, 2012**, and any reply by **October 12, 2012.** The Court makes no decision on defendant's request to postpone the settlement conference, and requests plaintiff's position on that matter.

**IT IS SO ORDERED.**

Dated: September 19, 2012

SUSAN ILLSTON
United States District Judge