**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID MOORE,

    Plaintiff,

  v.

GILEAD SCIENCES, INC.,

    Defendant.

No. C 07-03850 SI

**ORDER DENYING REQUEST TO POSTPONE MANDATORY SETTLEMENT CONFERENCE**

On September 19, 2012, defendant filed an ex parte application to continue for one business day the date for filing their summary judgment motion and requesting that the Court postpone the mandatory settlement conference currently set for October 12, 2012. The Court granted both parties additional time, but reserved decision on defendant's request to postpone the settlement conference, pending response from plaintiff on that question. Having now heard from plaintiff's counsel that the proposed new date is unavailable to plaintiff, the Court **DENIES** defendant's request to postpone the settlement conference.

**IT IS SO ORDERED.**

Dated: October 1, 2012

                                                                SUSAN ILLSTON
                                                               United States District Judge