IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID MOORE,   No. C 07-03850 SI

    Plaintiff,   **ORDER GRANTING CONTINUANCE AND LEAVE**

v.

GILEAD SCIENCES, INC.,

    Defendant.

      The Court has reviewed plaintiff's October 3, 2012, request for a continuance and leave to amend his expert designations. Given the unusual circumstances detailed in plaintiff's request, of which circumstances defendant is apparently aware (*see* Dkt. 166, Exs. A-C),[1] the Court GRANTS both parties additional time on defendant's summary judgment motion as follows: plaintiff's opposition to defendant's summary judgment motion is due by **October 16, 2012**, and any reply from defendant by **October 19, 2012**, with a hearing on the motion set for **October 23, 2012 at 9:00 a.m.** The Court also GRANTS plaintiff leave to amend his expert designations by **October 16, 2012**. The October 12, 2012, settlement conference and November 13, 2012, trial date remain in place.

    **IT IS SO ORDERED.**

Dated: October 4, 2012

                                         SUSAN ILLSTON
                                         United States District Judge

---

[1] There has been no response filed by defendant.